IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00445-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB LEE BUSTAMANTE,

    Defendant.

## ORDER TO SET HEARING

IT IS ORDERED that, upon oral request by counsel, a hearing is set for **June 12, 2006 at 8:30 a.m.** in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, regarding the revocation of supervised release for Defendant Bustamante.

DATED: December 15, 2005

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge