IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00445-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB LEE BUSTAMANTE,

    Defendant.

---

### ORDER TO RESET REVOCATION HEARING

---

The revocation hearing currently set for June 12, 2006 is hereby RESET to **April 6, 2006 at 8:30 a.m.**

    DATED: March 27, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge