IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00445-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB LEE BUSTAMANTE,

    Defendant.

---

## ORDER TO RESET REVOCATION HEARING

---

Defendant's Motion to Continue Revocation Hearing (Dkt. # 15) is GRANTED.

The Court ORDERS that the revocation hearing currently set for April 6, 2006 is hereby RESET to **May 22, 2006 at 8:30 a.m.**

    DATED: March 28, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge