IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00445-PSF-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JACOB L. BUSTAMANTE,

        Defendant.

**ORDER EXTENDING TERM OF PROBATION**

        THIS MATTER was before the Court for a probation violation hearing on May 22, 2006, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision.

        THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Department, finds the defendant has violated the conditions of supervision as alleged in the petition.  Accordingly, It is

        ORDERED that the defendant's probation shall be extended for an additional 12 months, expiring May 23, 2007.  It is

        FURTHER ORDERED that all previously ordered conditions remain in full force and effect.

        DATED at Denver, Colorado, this 24th day of May, 2006.

        BY THE COURT:

        *s/ Phillip S. Figa*

        _____
        Phillip S. Figa
        United States District Judge